UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

BFC–BSI, LLC, et al.,

      Plaintiffs,

v.

      File No. 1:13-cv-1191

      HON. ROBERT HOLMES BELL

BEST SECURITY ACQUISITION, LLC, et al.,

      Defendants.
_____/

## JUDGEMENT

In accordance with the Opinion and Order dismissing without prejudice Plaintiffs' complaint,

**JUDGEMENT** is entered in favor of Defendants and against Plaintiffs.


Dated: February 14, 2014          /s/ Robert Holmes Bell
                                              ROBERT HOLMES BELL
                                              UNITED STATES DISTRICT JUDGE